UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>    Defendants. | No.  1:16-cv-01891 DAD SKO<br><br>**ORDER REASSIGNING CASE**<br><br>Old Case Number: 1:16-cv-01891 DAD SKO<br><br>**New Case Number: 1:16-cv-01891 DAD JLT** |

The Court has determined that this case should be reassigned to the docket of a different Magistrate Judge, pursuant to 28 U.S.C. § 1441(a).

The new case number shall be **1:16-cv-01891 DAD JLT**.  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in documents being received by the correct judicial officer.

The Initial Scheduling Conference currently set for 3/21/2017, before Magistrate Judge Sheila K. Oberto is VACATED and will be RESET before Magistrate Judge Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:   **December 22, 2016**                    /s/ *Sheila K. Oberto*
                                                                      UNITED STATES MAGISTRATE JUDGE

1