PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, California 91367
Telephone:   (818) 883-4900
Fax:         (818) 883-4902
Email:       peter@dion-kindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
Telephone:   (213) 599-8255
Fax:         (213) 402-3949
Email:       lonnieblanchard@gmail.com

Attorneys for Plaintiff Jose Gonzalez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Gonzalez, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>Corrections Corporation of America, a Maryland corporation, and Does 1 through 10, inclusive,<br><br>    Defendants. | **Case No. 1:16-cv-01891-DAD-JLT**<br>*(Assigned to the Hon. Dale A. Drozd)*<br><br>**Stipulation and Order re Correct Name of Defendant**<br>**(Doc. 12)** |

The parties, through their counsel of record, stipulate as follows:

1. Counsel for Defendant has represented that the actual name of Plaintiff's employer and the employer of the putative class members was CCA of Tennessee, LLC prior to November 9, 2016 and on November 9, 2016 became "CoreCivic of Tennessee, LLC" when CCA of Tennessee, LLC changed its name to CoreCivic of Tennessee, LLC.  Counsel for Defendant has also

**Stipulation and Order re Correct Name of Defendant**

**1**

represented that defendant Corrections Corporation of America, now CoreCivic, Inc., is a holding company and was not the employer.

2. The parties therefore stipulate that the name of the defendant in this matter shall be changed from "Corrections Corporation of America" to "CoreCivic of Tennesee, LLC (formerly CCA of Tennessee, LLC)" and that the Answer filed on December 15, 2016 on behalf of Corrections Corporation of America in the Superior Court for the State of California, Kern County, Case No. BCV-16-102449, shall be deemed to be the Answer of CoreCivic of Tennesee, LLC.

Dated: March 8, 2017            THE DION-KINDEM LAW FIRM

                                BY:   */S PETER R. DION-KINDEM*
                                      PETER R. DION-KINDEM, P.C.
                                      PETER R. DION-KINDEM
                                      Attorney for Plaintiff Jose Gonzalez

Dated: March 8, 2017            GLEASON & FAVAROTE, LLP

                                BY:   /S PAUL M. GLEASON
                                      PAUL M. GLEASON
                                      Attorney for Defendants
                                      CoreCivic, Inc. (formerly Corrections Corporation
                                      of America) and CoreCivic of Tennessee, LLC

### Order

IT IS SO ORDERED.

Dated:   **March 9, 2017**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

**Stipulation and Order re Correct Name of Defendant**

**2**