# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE GONZALEZ, et al., | ) | Case No.: 1:16-cv-01891-DAD-JLT |
| | ) | |
| Plaintiffs, | ) | **ORDER REGARDING STIPULTAION RE:** |
| | ) | **CONFIDENTIALITY OF DOCUMENTS** |
| v. | ) | **AND INFORMATION** |
| | ) | |
| CORRECTIONS CORPORATION OF AMERICA, | ) | (Doc. 18) |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court has considered the stipulation of the parties related to the confidentiality of certain documents, the Court **ORDERS**:

1. If any party seeks to file documents under seal, that party **SHALL** comply with Local Rule 141, otherwise, the stipulation is **GRANTED**.

IT IS SO ORDERED.

Dated: **May 2, 2017**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE