UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation, and DOES 1 though 10, inclusive,<br><br>Defendants. | No. 1:16-cv-01891-DAD-JLT<br><br>ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>(Doc. No. 26) |

On February 19, 2018, the parties filed a joint stipulation to modify the current briefing schedule in connection with plaintiffs' motion for class certification. (Doc. No. 26.) Good cause appearing and the parties having so stipulated, the briefing schedule is modified as follows:

1. Defendants' opposition to plaintiff's motion for class certification is due **April 2, 2018**;
2. Plaintiff's reply in support of the motion for class certification is due **May 28, 2018**; and
3. The hearing on plaintiff's motion for class certification is continued to **June 19, 2018**.

IT IS SO ORDERED.

Dated: **February 20, 2018**

UNITED STATES DISTRICT JUDGE

1