# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CORRECTIONS CORPORATION OF AMERICA, <br> Defendant. | Case No.: 1:16-cv-01891 DAD JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br> (Doc. 28) |
| THOMAS RICHARDS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CORECIVIC OF TENNESSEE, LLC, <br><br> Defendants. | Case No.: 1:17-cv-1094 - LJO - JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT |

The parties report they have settled both of these cases.[1] (Gonzalez Doc. 28 at 2) Thus, the Court **ORDERS**:

1. The stipulated motions for preliminary approval of the class settlement **SHALL** be

---

[1] The parties have not filed a notice of settlement in the Richards matter, but they state unequivocally, "The Parties to the above-captioned matter have agreed to a settlement of this entire action and the related case also pending in the United States District Court for the Eastern District of California entitled Richards v. CoreCivic of Tennessee, LLC, Case No. 1:17-cv-01094-LJO-JLT." (Gonzalez Doc. 28 at 2)

1

filed **no later than May 1, 2018**;

2. All other pending dates (including the deadlines for the motion for class certification), conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated: **April 4, 2018**     **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE