# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br>　　　　Defendant. | Case No.: 1:16-cv-01891 DAD JLT<br><br>ORDER SETTING STATUS CONFERENCE |
| THOMAS RICHARDS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　　v.<br><br>CORECIVIC OF TENNESSEE, LLC,<br><br>　　　　Defendants. | Case No.: 1:17-cv-1094 - LJO - JLT |

The Court refused to approve the settlement agreement in these cases (Case No.: 1:16-cv-01891 DAD JLT, Doc. 48). Thus, the Court **ORDERS**;

　　1.　　The Court sets a status conference on **January 22, 2019** at 9:15 a.m.;

///

///

///

1

2. Counsel SHALL file a joint report at least five court days in advance of the conference. The report SHALL detail whether they have resolved the matter while addressing the issues of concern to the Court or, if they have not, proposed deadlines for the balance of the case.

IT IS SO ORDERED.

Dated: __**December 3, 2018**__             __**/s/ Jennifer L. Thurston**__
                                                                   UNITED STATES MAGISTRATE JUDGE