# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br>        Defendant. | Case No.: 1:16-cv-01891 DAD JLT<br><br>ORDER AFTER STATUS CONFERENCE AND SETTING DEADLINE FOR THE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT |
| THOMAS RICHARDS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>        v.<br><br>CORECIVIC OF TENNESSEE, LLC,<br><br>        Defendants. | Case No.: 1:17-cv-1094 - LJO - JLT |

      The Court held a status conference in these cases and learned that the parties have settled the case on terms that are different from those the Court refused to accept in Gonzalez v. Corrections Corporation of America, Case No. 1:16-cv-01891 DAD JLT (Doc. 48). Part of the agreement includes that the class period will not close until February 28, 2019. Given this, the Court learned that counsel will be unable to file the stipulated motion for preliminary approval of the class settlement until the employer obtains the final data, which is expected within a couple of weeks after

1

February 28, 2019. Thus, the Court **ORDERS**;

1. The motion for preliminary approval of class certification **SHALL** be filed **no later than March 29, 2019**. This motion will be filed in the Gonzalez matter and the parties agree that this motion, if approved, will fully dispose of the Richards matter as well.

IT IS SO ORDERED.

Dated: **January 22, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE