# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br>        Defendant. | Case No.: 1:16-cv-01891 DAD JLT<br><br>ORDER GRANTING STIPULATION TO EXTEND THE FILING DEADLINE FOR THE MOTION FOR PRELIMINARY CLASS CERTIFICATION<br>(Doc. 55) |

The Court Having reviewed the stipulation of counsel[1] and good cause appearing, the Court O**RDERS**:

    1.    The stipulation to continue the deadline for the plaintiff to file the motion for preliminary approval of class action settlement is continued to **May 13, 2019**.

IT IS SO ORDERED.

    Dated:   **May 2, 2019**                          **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Once again, the Court notes that a similar stipulation has not been filed in the companion case, Richards v. CoreCivic of Tenneesee, LLC, Case No. 1:17-cv-01094 LJO JLT. Consequently, herewith the Court will order the Richards' plaintiff to show cause why sanctions should not be imposed for his failure to prosecute that action.