PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Telephone: (818) 883-4900
Fax: (818) 338-2533
Email: peter@dion-kindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
3579 East Foothill Blvd., No. 338
Pasadena, CA 91107
Telephone: (213) 599-8255
Fax: (213) 402-3949
Email: lonnieblanchard@gmail.com

Attorneys for Plaintiff Jose Gonzalez

*[Additional attorneys listed on following page]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Gonzalez, an individual, on behalf of himself and all others similarly situated,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>CoreCivic of Tennesee, LLC (formerly CCA of Tennessee, LLC), and Does 1 through 10, inclusive,<br><br>　　Defendants. | **Case No. 1:16-cv-01891-DAD-JLT**<br><br>**Stipulation to Continue the Filing Date of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement from May 13, 2019 to June 14, 2019 and [~~Proposed~~] Order** |

**Stipulation to Continue Filing Date of Motion for Preliminary Approval**

Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN
21550 Oxnard Street, Suite 780
Woodland Hills, California 91367
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

Attorneys for Plaintiff Thomas Richards

PAUL M. GLEASON State Bar No.: 155569
TOREY FAVAROTE State Bar No.: 198521
4014 Long Beach Blvd., Suite 300
Long Beach, California 90807
Telephone:    (562) 548-6700
Facsimile:    (562) 216-8495
pgleason@gleasonfavarote.com
tfavarote@gleasonfavarote.com

Attorneys for Defendant
CoreCivic of Tennessee, LLC (formerly
CCA of Tennessee, LLC)

The parties to above-captioned matter, by and through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on November 30, 2018, the parties agreed to settle this matter on terms that are different than those the Court previously refused to accept; and

WHEREAS, because the end of the class period agreed upon by the parties is February 28, 2019, the parties could not obtain complete payroll and time keeping data for currently employed class members until after that date; and

WHEREAS, on January 22, 2019, the Court ordered the unopposed motion for preliminary approval of class action settlement to be filed no later than March 29, 2019;

WHEREAS, on March 27, 2019, based on a stipulation submitted by the parties, the Court continued the deadline for plaintiff to file the motion for preliminary approval to April 29, 2019; and

WHEREAS, since March 27, 2019, Defendant has continued to work diligently to compile time keeping data through February 28, 2019; and

WHEREAS, compiling the time-keeping data in an electronic format that can be produced to counsel for Plaintiff has taken longer than anticipated because the electronic time records are contained in individual spreadsheets for approximately 1200 individuals, which increased the amount of time it took for Defendant to generate the electronic time records as well as the time it has taken for counsel for Defendant to review the electronic time records and to format the time records so they can be produced to Plaintiff's counsel by removing the employee name on each time record and replacing it with a DOE designation; and

WHEREAS, counsel for Defendant is now in possession of all the of the electronic time records and has produced them to Plaintiff's counsel on April 29, 2019; and

WHEREAS, the time keeping data is necessary for Plaintiffs' counsel to prepare the unopposed motion for preliminary approval of class action settlement; and

WHEREAS, the sheer volume of the data within the excel sheets has taken longer than expected to combine and analyze; and

**Stipulation to Continue Filing Date of Motion for Preliminary Approval**

**3**

WHEREAS, the parties agree that it is in each of their best interest to continue the current deadline for Plaintiffs to file their unopposed motion for preliminary approval of class action settlement to allow Plaintiffs to analyze the newly-produced data.

**NOW THEREFORE, THE PARTIES STIPULATE** and agree that good cause exists to continue the deadline for Plaintiffs to file their unopposed motion for preliminary approval of class action settlement to June 14, 2019.

Dated: May 8, 2019          THE DION-KINDEM LAW FIRM

BY:     */S PETER R. DION-KINDEM*
        PETER R. DION-KINDEM, P.C.
        PETER R. DION-KINDEM
        Attorney for Plaintiff Jose Gonzalez

Dated: May 8, 2019          GLEASON & FAVAROTE LLP

BY:     */S/ PAUL M. GLEASON*
        PAUL M. GLEASON
        TOREY JOSEPH FAVAROTE
        Attorneys for Defendant CoreCivic, Inc. formerly
        known as Corrections Corporation of America

## **ORDER**

Having reviewed the above Stipulation to Continue the Filing Date of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and finding good cause for the relief requested therein, the Court orders that the deadline for Plaintiffs to file their unopposed motion for preliminary approval of class action settlement is hereby continued to **July 15, 2019**.

**The Court does not anticipate again extending this deadline.**

IT IS SO ORDERED.

Dated: **May 10, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE