UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CORECIVIC OF TENNESSEE, et al.,<br><br>　　　　　Defendants. | Lead Case: No. 1:16-cv-01891-DAD-JLT<br><br>Member Case: No. 1:17-cv-01094-DAD-JLT<br><br>ORDER ACKNOWLEDING PLAINTIFF RICHARDS' JOINDER IN THE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND DISMISSING PLAINTIFF RICHARDS' PAGA CLAIM<br><br>(Doc. Nos. 65, 66) |

Having consolidated and reassigned cases *Gonzalez v. CoreCivic of Tennessee, LLC, et al.*, No. 1:16-cv-01891-DAD-JLT and *Richards v. CoreCivic of Tennessee, LLC*, No. 1:17-cv-01094-LJO-JLT, and good cause appearing, this order gives effect to the parties' stipulation (Doc. No. 65) that the plaintiff in *Richards* joins in the unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. No. 59) filed in *Gonzalez* on July 2, 2019. In addition, pursuant to the parties' stipulation (Doc. No. 66), plaintiff Thomas Richards' sixth cause of action for violation of the Private Attorney General Act ("PAGA") brought in his first amended complaint is hereby dismissed without prejudice.

IT IS SO ORDERED.

　Dated:　**August 29, 2019**　　　　　　　　　_/s/ Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1